UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| TAMARA LEE MCGREEVY | CASE NO: 09-16588 |
| | JUDGE: MORGENSTERN-CLARREN |
| **Debtors** | |

## NOTICE OF MOTION FOR RELIEF FROM STAY

FIFTH THIRD MORTGAGE COMPANY has filed papers with the Court to Obtain relief from stay. The preliminary hearing on this matter, if any is required, is set for <u>January 5, 2010</u> at <u>8:30am</u>, at Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235.

**<u>Your rights may be affected,</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>December 29, 2009</u>, your or your attorney must:

File with the court a written request for hearing and a written response setting forth the specific grounds for objection at:

Clerk of Courts
Howard M. Metzenbaum U.S. Courthouse,
201 Superior Avenue,
Cleveland, OH 44114-1235.

If you mail your request and response to the court for filing, **you must mail it early enough so the court will receive it** on or before the date stated above. The Court's mailing address is Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235.

You must also mail a copy to:

FELTY & LEMBRIGHT, L.L.P.
1500 West Third Street
Suite 400
Cleveland, OH 44113

Craig H. Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relied.

   /s/ Mark R. Lembright
FELTY & LEMBRIGHT CO., L.P.A.
Mark R. Lembright (0041545)
Attorney for Movant
1500 West Third Street, Suite 400
Cleveland, OH  44113
(216) 588-1500 ext 128
(216) 771-4334-fax
mlembright@feltyandlembright.com

# PROOF OF SERVICE

     I certify that on the ___4th___ day of _____December_____, 2009, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

**Served by Regular U.S Mail**

Tamara Lee McGreevy
22440 Hawley Road
Wellington, OH 44090
Debtor

The Farmers Savings Bank nka
The Huntington National Bank
Attn: Kevin Bryant
2361 Morse Road (NC2W42)
Columbus, OH 43229
Party of Interest

K & L Excavation, Ltd.
44847 State Route 18
Wellington, OH 44090
Party of Interest

Providian National Bank nka
JPMorgan Chase Bank, N.A.\
Attn: Foreclosure dept.
3415 Vision Drive
Columbus, OH 43219
Party of Interest

People's Bank nka
People's United Bank
Attn: Foreclosure Department
850 Main Street, 11th Floor
Bridgeport, CT 06604
Party of Interest

Household Financial Services, Inc. nka
HSBC Mortgage Services, Inc.
1300 East 9th Street
Cleveland, OH 44114
Party of Interest

Exterior System, Inc.
Attn: Mike Lether, Owner
8633 Memorial Drive
Plain City, OH 43064
Party of Interest

Colonial Credit Corp.
700 King Farm Boulevard, Suite 504
Rockville, MD 20850
Party of Interest

NCO Portfolio Management, Inc.
c/o CT Corporation System
1300 East 9th Street, Suite 1010
Cleveland, OH 44114
Party of Interest

Fredric A. Kannensohn, Esq.
15 Central Square, Suite 500
Youngstown, OH 44503
Attorney for Banner Supply Company
Party of Interest

Steven J. Paffilas, Esq.
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
Attorney for United States of America
Party of Interest

J.G. Morrisson, Esq.
225 Court Street, 3rd Floor
Elyria, OH 44035
Attorney for Treasurer of Lorain County
Party of Interest

**Electronic Mail Notice List**

The following is a list of parties who are currently on the list
to receive e-mail notice/service for this case:

William J. Balena, Esq.
Debtor's Attorney
bbalena@me.com

Craig H. Shopneck, Trustee
ch13shopneck@ch13cleve.com

Office of the U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave. East  Ste. 441
Cleveland, OH 44114

                                      Respectfully Submitted,


                                      ___/s/ Mark R. Lembright_____
                                      FELTY & LEMBRIGHT CO., L.P.A.
                                      Mark R. Lembright (0041545)
                                      Attorney for Movant
                                      1500 West Third Street, Suite 400
                                      Cleveland, OH  44113
                                      (216) 588-1500 ext 128
                                      (216) 771-4334-fax
                                      mlembright@feltyandlembright.com